Mr. Justice Taylor delivered the opinion of the court.

---

**D. B. Federwitz, appellee, v. Temperance Beverage Company, appellant.** Gen. No. 24,608.

Action to recover for goods sold and delivered. Judgment for plain-

tiff. Appeal from the Municipal Court of Chicago; the Hon. Harry P. Dolan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed. Opinion filed October 15, 1919.

D'Ancona & Pflaum, for appellant. Baker & Holder, for appellee; William F. Schmidt, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Mr. Justice Taylor delivered the opinion of the court.